**Order entered August 1, 2013**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01018-CV

### IN RE PILOT TRAVEL CENTERS, LLC, Relator

**On Appeal from the 298th Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. 11-09096**

## ORDER

Based on the Court's opinion of today's date, we **DENY** relator's petition for writ of

mandamus. We **ORDER** that relator bear the costs of this original proceeding.


/s/ DAVID EVANS
   JUSTICE